**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ASHLEY FORTUNE,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 1:17-cv-00568-RDM** |
| | § | |
| **v.** | § | |
| | § | |
| **GC SERVICES, LP,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the

dismissal with prejudice and without cost to either party.

*/s/* Douglas Daniel Herrmann      */s/ W. Christopher Componovo*

Douglas Daniel Herrmann, Esq.      W. Christopher Componovo, Esq.
Pepper Hamilton LLP      Kimmel & Silverman P.C.
1313 Market Street, Suite 5100      501 Silverside Road, Suite 118
P.O. Box 1709      Wilmington, DE 19809
Wilmington, DE 19899-1709      Phone: (302) 791-9373
Phone: 302-777-6552      Email: wcomponovo@lemonlaw.com
Email: herrmannd@pepperlaw.com      Attorney for the Plaintiff
Attorney for the Defendant

Date: December 28, 2017      Date: December 28, 2017

BY THE COURT:

J.